# THE FARRELL LAW FIRM
A Professional Corporation
ATTORNEYS AT LAW

333 Earle Ovington Boulevard, Suite 701
Uniondale, New York 11553
Tel: 516-228-3565
Fax: 516-228-8475 / 516-228-8476
E-mail: genmail@farrelliplaw.com
Website: www.farrelliplaw.com

Paul J. Farrell

Michael J. Musella
Wendy A. Greenseich
Douglas M. Owens III
John F. Gallagher III
Ryan C. Carter*
Dinh G. Lai°
Patrick Y. Mirville•
Robert W. Griffith
Jingjing Ye

*Admitted in Maryland
°Admitted in New Jersey
•Admitted in Pennsylvania

*Of Counsel*
Chulwoo Lee†

*Patent Agents*
Thomas C. Schoeffler

*Technical Consultant*
Hyunho Park

†Admitted in New York, Korean Bar, and Korean Patent Bar

February 12, 2008
**Via ECF**

The Honorable Cheryl L. Pollak
United States Magistrate Judge
EASTERN DISTRICT OF NEW YORK
Brooklyn Federal Courthouse
225 Cadman Plaza
Brooklyn, NY  11201

    Re:    JUNG-O KOO V. SEARS HOLDINGS CORPORATION, ET AL.
            07-cv-3331 (EDNY)(DLI/CLP)
            Our docket: 2020-3

Dear Judge Pollak:

    We represent plaintiff in this action.  We are pleased to enclose for Your Honor's information a *Notice of Dismissal* regarding defendant Sears Holdings Corporation as well as a *Notice of Dismissal* regarding defendant Jobar International, Inc.

    The other remaining defendants in this action are Home Shopping Network, Inc., Famous Discoveries.Com, and EXI International Corporation.  We expect to finalize the settlement with these related defendants shortly.  Pursuant to the January 30, 2008, letter request of defendants' counsel, Your Honor extended the time for these defendants to Answer to February 29, 2008. We will provide an update of the parties' progress before the initial conference that is scheduled for March 24, 2008.

Thank you for your assistance in this matter. If further information is required at this time, please let us know.

Respectfully submitted,
**THE FARRELL LAW FIRM, P.C.**

By _____
John F. Gallagher III (JFG-3174)
333 Earle Ovington Blvd., Suite 701
Uniondale, NY 11553
(516) 228-3565
Attorneys for Plaintiff

Enclosures

cc:   Jeffrey A. Lindenbaum, Esq. (via facsimile: 914-941-6091)
  Matthew Nelles, Esq. (via facsimile: 954-333-4092)
  Counsel for Home Shopping Network, Inc.,
  Famous Discoveries.Com, and EXI International Corporation

  Kelly Lusk, Esq. (via facsimile: 303-572-6540)
  Counsel for Sears Holdings Corporation

Courtesy copies:
  The Honorable Dora L. Irizarry (via First Class Mail)
  The Honorable Cheryl L. Pollak (via facsimile: 718-613-2365)

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jung-O KOO | : |
| Plaintiff, | : **NOTICE OF** |
| | : **DISMISSAL** |
| v. | : **WITHOUT** |
| | : **PREJUDICE** |
| SEARS HOLDING CORPORATION, et al. | : **07cv3331 (DLI/CLP)** |
| Defendants, | : |

IN THE ABOVE CAPTIONED MATTER, Plaintiff hereby files under Rule 41(a)(1), FED.R.CIV.P. its notice of dismissal, without prejudice, against defendant JOBAR INTERNATIONAL, INC.

_[signature]_

John F. Gallagher III (JG 3174)
**The Farrell Law Firm, P.C.**
333 Earle Ovington Boulevard, Suite 701
Uniondale, NY 11553
(516) 228-3565
Fax: (516) 228-8475
Attorneys for Plaintiff Jung-O KOO
Dated: _Feb 12, 2008_

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jung-O KOO | : |
| | : |
| Plaintiff, | : **NOTICE OF DISMISSAL** |
| | : **WITH PREJUDICE UNDER** |
| v. | : **41(a)(1)** |
| | : |
| SEARS HOLDING CORPORATION, et al. | : 07cv3331 (DLI/CLP) |
| | : |
| Defendants, | : |

THE ABOVE CAPTIONED MATTER is a patent infringement lawsuit involving infringement of U.S. Patent No. 7,034,219 (the "'219 patent"), owned by Plaintiff. Plaintiff hereby files its notice of dismissal with prejudice as to past sales under Rule 41(a)(1), as the Defendant, Sears Holding Corporation, has not been served with the complaint in this action.

John F. Gallagher III (JG 3174)
**The Farrell Law Firm, P.C.**
333 Earle Ovington Boulevard, Suite 701
Uniondale, NY 11553
(516) 228-3565
Fax: (516) 228-8475
Attorneys for Plaintiff Jung-O KOO
Dated: FEB 12, 2008